UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): **Ron Kelley** | **Defendant**(s): **Flagstaff City-Coconino County Public Library ; Heidi Hansen ; Greg Clifton ; Jeanie Gallagher ; Does 1-25** |
| County of Residence: Coconino | County of Residence: Coconino |
| County Where Claim For Relief Arose: Coconino | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Derek A. Jordan , Attorney (**Ron Kelley **)**<br>**Barnes Law**<br>**700 S. Flower St., Suite 1000**<br>**Los Angeles, California  90017**<br>**(310) 510-6211** | |

<u>II. Basis of Jurisdiction</u>:     **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**
            Plaintiff:- **N/A**
           Defendant:- **N/A**

<u>IV. Origin</u> :     **1. Original Proceeding**

<u>V. Nature of Suit</u>:     **440 Other Civil Rights**

<u>VI.Cause of Action</u>:     **42 U.S.C. 1983 (violation of right to free speech)**

<u>VII. Requested in Complaint</u>
          Class Action: **No**
      Dollar Demand: **Monetary, punitive, declaratory relief and attorneys' fees**
         Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

**Signature:** /s/ Derek A. Jordan

**Date:** 7/21/2021

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014